IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0162

_____

IN THE MATTER OF

J.D.D,, A.J.D., and M.T.D.,

    Youths in Need of Care.

_____

**ORDER DISMISSING FATHER'S APPEAL**

_____

Upon consideration of Appellant Father's motion to voluntarily dismiss appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant Father's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2020